IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
DIVISION

| | |
|---|---|
| ALEXIS WELCH, | CASE NO.   1:22-CV-00010-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| HILLTOP SENIOR LIVING, LLC, *et. al.*, | |
| Defendants. | |

Pursuant to Local Rule 83.9, Danielle C. Young hereby moves for leave to withdraw as counsel of record for Defendant. As grounds therefore, Ms. Young is no longer with the employ of Lewis, Brisbois, Bisgaard & Smith LLP ("Lewis Brisbois") and, therefore will not be representing Defendant in this matter. David A. Campbell and Andrea V. Arnold of Lewis Brisbois shall continue as counsel of record for Defendant. Defendant has been notified of Ms. Young's withdrawal as counsel through Mr. Campbell and consents to the withdrawal. No party shall suffer prejudice by this Court permitting Ms. Young to withdraw.

Respectfully submitted,

/s/ Danielle C. Young
Danielle C. Young (0100894)
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH  44114
216.623.0150
DYoung@ralaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2022, the foregoing was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system and will be served upon Defendant through service upon David A. Campbell.

/s/Danielle C. Young
Danielle C. Young (0100894)